JUDGE DANIELS    08 CV 03405

ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., *Plaintiff*, v. THE ANTIQUE AUTO BATTERY COMPANY, DAVID LANE and DELORES LANE, *Defendants*. | Case No. _____ RULE 7.1 STATEMENT |

RECEIVED APR 0 7 2008 U.S.D.C. S.D. N.Y. CASHIERS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for plaintiff Honeywell International Inc. ("Plaintiff") hereby certifies, based on information available to it as of the date below, that: (1) it has no parent corporation; and (2) State Street Bank & Trust Corporation is a publicly held corporation owning 10% or more of Plaintiff's stock.

Dated: New York, New York
April 7, 2008

Respectfully submitted,

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Craig S. Mende (CM 3906)
James D. Weinberger (JW 1819)
Nicholas H. Eisenman (NE 0213)
866 United Nations Plaza
New York, New York 10017
(212) 813-5900

*Attorneys for Plaintiff Honeywell International Inc..*

{F0200539.1 }