UNITED STATES DISTRICT COURT FOR THE  
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

| | |
|---|---|
| HONEYWELL INTERNATIONAL INC., <br><br> Plaintiff, <br><br> v. <br><br> THE ANTIQUE AUTO BATTERY COMPANY, DAVID LANE and DELORES LANE, <br><br> Defendants. | Case No. 08 CV 3405 (GBD) <br><br> **NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Honeywell International Inc. hereby dismisses, without prejudice, the above-captioned action against all defendants.

Dated: New York, New York  
June 27, 2008

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____  
James D. Weinberger (JW 1819)  
Nicholas H. Eisenman (NE 0213)  
866 United Nations Plaza  
New York, New York 10017  
Tel: (212) 813-5900  
Fax: (212) 813-5901

*Counsel for Plaintiff*